FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 APR 24  PM 12:

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELVIN J. ROBBINS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV412-292
 )
UNIVERSAL MUSIC GROUP, )
UNIVERSAL REPUBLIC RECORDS, )
UNIVERSAL MOTOWN, and )
UNIVERSAL REPUBLIC RECORDS, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Doc. 10). After a careful de novo review of the record, the Courts Plaintiff's objections without merit and the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 24th day of September 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, all pending motions are **DISMISSED AS MOOT**.