IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELVIN J. ROBBINS,           )
                             )
     Plaintiff,              )
                             )
v.                           )     CASE NO. CV412-292
                             )
UNIVERSAL MUSIC GROUP,       )
UNIVERSAL REPUBLIC RECORDS,  )
UNIVERSAL MOTOWN, and        )
UNIVERSAL REPUBLIC RECORDS,  )
                             )
     Defendants.             )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Doc. 10). After a careful de novo review of the record, the Courts Plaintiff's objections without merit and the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 24th day of September 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, all pending motions are **DISMISSED AS MOOT**.